```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DORNOCH LTD. for and on behalf of    :
Underwriting Members of Lloyd's      :
Syndicate 1209,                      :     09 CV 3258 (JSR)
                                     :
                 Plaintiff,          :     ORDER
                                     :
            -v-                      :
                                     :
PBM HOLDINGS, INC. and PBM           :
NUTRITIONALS LLC,                    :
                                     :
                 Defendants.         :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-21-09

On October 5, 2009 plaintiff provided the Court with a copy of plaintiff's privilege log in the above-captioned matter for in camera review. On its face, plaintiff's privilege log is defective because it does not identify the specific privilege(s) asserted for each entry. Moreover, on a cursory review, some documents do not qualify for any privilege, e.g., Document 1, and other documents only small contain portions that qualify for privilege, e.g., Document 10.

In light of these patent deficiencies, the Court hereby directs plaintiff (a) to produce by October 27, 2009 a new privilege log that, at a minimum, properly identifies the privilege(s) asserted for each document; (b) to more carefully review the documents on the current privilege log; and (c) to produce to defendant by October 27, 2009 those documents on the current privilege log that plaintiff, following review, realizes do not qualify to be withheld for any privilege, as well as redacted copies of those documents for which only portions qualify for privilege.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        October 20, 2009